JOHN T. BON, Respondent, *v.* EDWARD R. SANFORD et al.,
Appellants.

(Submitted January 18, 1881 ; decided January 25, 1881.)

*Ruger, Jenney, Brooks & French* for appellants.

*Hiscock, Gifford & Doheney* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

JOSEPHINE SAHLER, Respondent, *v.* FRANK E. WILLIAMS,
Appellant.

(Argued January 18, 1881 ; decided January 25, 1881.)

*H. L. Comstock* for appellant.

*W. H. Adams* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.